

# The Moorish National Republic
## Societas Republicae Ea Al Maurikanos
### ~ Moorish Divine and National Movement of the World ~

*Northwest Amexem / Northwest Africa / North America* - 'The North Gate'
**Aboriginal and Indigenous Natural Peoples of the Land**

---

In the United States District Court
Southern District of
Florida State Republic

April 13, 2022 (c.c.y.)

Erod Habib Xaragua El, Natural Person
In Propria Persona, Authorized Representative
Ex Relatione EROD LAPOINTE
U.C.C. 1-207/ 1-308 ; U.C.C. 1-103
All Rights Reserved
Yamassee Territory
[c/o 222 North Hiawassee Road Box #48]
[near Orlando, Florida Republic [zip-exempt]]
Northwest Amexem

**Claimant**

v.

MIAMI RECOVERY SPECIALIST, INC.

**Respondent**

## Jurisdiction

The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.

### Treaty of Peace and Friendship between the United States and Morocco (1836):

**Article 4**
A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

**Article 6**
If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored ; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

**Article 7**
If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

### The Constitution for the United States of America - ratified in 1791

#### Article I Section 1
All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

#### Article IV Section 4
The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

#### Article VI
All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

### Bills of Rights

#### Amendment IV
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probably cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

#### Amendment V
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Declaration on the Rights of Indigenous Peoples -** *Federally Enforced Pursuant to Article VI of the Constitution for the United States of America Republic.*

#### Article 1
Indigenous People have the Right to the Full and Effective Enjoyment of all Human Rights and fundamental freedoms recognized in the Charter of the United Nations, the Universal Declaration of Human Rights and International Human Rights Law.

#### Article 2
Indigenous Individuals and peoples are free and equal to all other individuals and peoples in dignity and rights, and have the right to be free from any kind of adverse discrimination; in particular that based on their Indigenous origin or identity.

### The Universal Declaration of Human Rights

#### Article 12
No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 17**
No one shall be arbitrarily deprived of his property.

**Article 29**
(2) In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.

# Venue

Original Jurisdiction of the United States District Court of Florida State Republic

# Claimant

Erod Habib Xaragua El, Natural Person, In Propria Persona, Sui Juris. I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF Seventeen Hundred AND Eighty-Seven (1781) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/ diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States

# Respondent

MIAMI RECOVERY SPECIALIST, INC.

# Facts

In support of this claim I state for the record:

1. On the 26th day of November 2021 A.D., a Writ of Discovery and Disclosure was sent to Kohei Takeuchi, Genesis S. and all representatives, agents or assigns of HONDA FINANCIAL SERVICES to produce the originals or certified and verified official copies of the original loan - related documents as stipulated by Law.

2. On the 3rd day of December 2022 A.D., the Writ of Discovery and Disclosure was received by someone at HONDA FINANCIAL SERVICES. The Writ of Discovery and Disclosure was not honored.

3. On the 6th day of December 2021 A.D., a Notice of Intent to Lien was sent to Senior Counsel George Chon of the Law Division of HONDA FINANCIAL SERVICES to notify all HONDA FINANCIAL SERVICES representatives, partners, agents, affiliates and assigns that any claim brought against my property would result in the filing of lien.

4. On the 14th day of December 2021 A.D., the Notice of Intent to Lien was delivered. The twelve (12) enumerated demands listed on the Notice of Intent to Lien were not honored.

5. On the 7th day of January 2022 A.D., an order, as evidenced on Exhibit D, was issued by an agent of HONDA FINANCIAL SERVICES to an agent of MILLENNIUM CAPITAL AND RECOVERY CORPORATION to steal my property identified by number 19XFC2F70HE068657.

6. On the 25th day of January 2022 A.D., my property, located at 2506 Belmont Lane near Margate, Florida Republic and identified by number 19XFC2F70HE068657, was stolen as ordered by an agent of HONDA FINANCIAL SERVICES. Patrina, an agent of HONDA FINANCIAL SERVICES, confirmed that my property was taken away by, and is in possession of, the agents of MIAMI RECOVERY SPECIALIST, INC. As evidenced on Exhibit D, the order to carry out the act of theft was received from an agent of MILLENNIUM CAPITAL AND RECOVERY CORPORATION, a client of the representatives of MIAMI RECOVERY SPECIALIST, INC.

7. On the 28th day of January 2022 A.D., Kayla, an agent of MILLENNIUM CAPITAL AND RECOVERY CORPORATION, confirmed that my property identified by number 19XFC2F70HE068657 was taken away by, and is in possession of, the agents of MIAMI RECOVERY SPECIALIST, INC.

8. On the 28th day of January 2022 A.D. a Notice dated the 27th day of January 2022 A.D., as evidenced on Exhibit E, was received by way of facsimile from Rebecca, an agent of HONDA FINANCIAL SERVICES, stating that the plan of the agents of HONDA FINANCIAL SERVICES is to sell my property at a private sale.

9. On the 31st day of January 2022 A.D., Andrea, an agent of MIAMI RECOVERY SPECIALIST, INC. confirmed that my property identified by number 19XFC2F70HE068657 is in the possession of the agents of MIAMI RECOVERY SPECIALIST, INC.

## Legal Claims

All Law is contract therefore in order for the agents doing business as MIAMI RECOVERY SPECIALIST, INC. to conduct business at North America, the original Contract which is the Constitution (the supreme law of the land) for the United States Republic must be honored. Any representative, agent or assign of MIAMI RECOVERY SPECIALIST, INC. found in conspiracy of theft and involved in stealing the property of the Moorish American People is in direct violation of the Constitution for the United States Republic, Treaty and International Law.

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*

The Notice of Intent to Lien was sent as an alert, a signal and a warning to all parties engaged in any colorable and fraudulent activity in relationship with the agents of HONDA FINANCIAL SERVICES and the agents of MIAMI RECOVERY SPECIALIST, INC. have chosen to participate in and benefit from the fraud.

*A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.*

*If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored ; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.*

My property was stolen by and is in possession of the agents of MIAMI RECOVERY SPECIALIST, INC. to be sold at a private sale on behalf of the agents of HONDA FINANCIAL SERVICES without due process of law. Such acts are colorable, fraudulent and destructive to the course of any civilized country and cannot be tolerated.

*No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against*

*himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

*No one shall be arbitrarily deprived of his property.*

## RELIEF

1. The Enforcement of the following: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the Constitution for the United States Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America.'

2. I, Erod Habib Xaragua El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3. I, Erod Habib Xaragua El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby request the District Court to fulfill their obligation to preserve the rights of this Claimant (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering the Respondent to be brought before the Law to answer for their criminal and unjust actions.

4. All representatives, agents and assigns of MIAMI RECOVERY SPECIALIST, INC. are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

5. Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation of the United States Republic Constitution is required by law to immediate recusal of his or her office.

6. Respondent MIAMI RECOVERY SPECIALIST, INC. is being sued for $15,000 for compensatory damages and $15,000 for punitive damages in its official and private capacity payable in lawful money.

7. Respondent MIAMI RECOVERY SPECIALIST, INC. shall have 20 days from service of this Affidavit of Fact to respond. Notice to agent is notice to principal and notice to principal is notice to agent.

I declare under the penalty of perjury under the Law of the Zodiac Constitution with which the Constitution for the United States Republic is in harmony that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 13th day of April, 2022 = 1443 M.C.

I Am: _____
Erod Habib Xaragua El
Natural Person, In Propria Persona
All Rights Reserved.
[c/o 222 North Hiawassee Road Box #48]
[near Orlando, Florida Republic [Zip Exempt]]
Northwest Amexem

